IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-35770-H5-13 |
| | § | |
| SYLVIA WILLIAMS | § | |
| | § | |
| Debtor(s) | § | CHAPTER 13 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 3

**YOU ARE HEREBY NOTIFIED** that **North Forest Independent School District**'s claim no. 3 in the amount of **$6,327.92** is **WITHDRAWN**, because the jurisdiction has merged with Harris County under Amended Claim no. 2.

Date: **DEC 1 9 2007**

Respectfully submitted,

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

**Of Counsel:**

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-35770-H5-13 |
| | § | |
| SYLVIA WILLIAMS | § | |
| | § | |
| Debtor(s) | § | CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **North Forest Independent School District's Notice of Withdrawal of Proof of Claim No. 3** shall be served via electronic means, if available, otherwise by regular, first class mail upon the following entities on ___DEC 1 9 2007___.

Debtor(s)

Sylvia Williams
7973 Earhart St.
Houston, Texas 77028-4011

Attorney in Charge for Debtor(s)

Corey L. Mills
11767 Katy Freeway, Suite 820
Houston, Texas 77079

Chapter 13 Trustee

William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, Texas 77024

Respectfully submitted,

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

**Of Counsel:**

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier