IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

IN RE:  CHAPTER 13
SYLVIA WILLIAMS  CASE NO. 07-35770-H5-13

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

Notice is hereby given to all parties in interest in the above captioned cause, that the time for filing and objecting to claims has expired, and that the official records of the Court and Trustee indicate that claims have been allowed as indicated on the schedule below.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HARRIS COUNTY et al<br>P O BOX 4924<br>HOUSTON, TX  77210-4924 | 11,014.90 | SECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0005<br>COMM:  AM#1/7958 Earhart St |
| HARRIS COUNTY et al<br>P O BOX 4924<br>HOUSTON, TX  77210-4924 | 1,599.87 | SECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0017<br>COMM:  AM#1/7973 Earhart St |
| HARRIS COUNTY et al<br>P O BOX 4924<br>HOUSTON, TX  77210-4924 | 8,848.13 | SECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0091<br>COMM:  AM#1/8026 Fields St |
| INTERNAL REVENUE SERVICE***<br>P O BOX 21125<br>PHILADELPHIA, PA  19114 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 7497<br>COMM:  AM#2 POC FILED IAO -0- |
| MIDLAND CREDIT MANAGEMENT<br>P O BOX 939019<br>SAN DIEGO, CA  92193-9019 | 804.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1105<br>COMM: |
| MILLS, COREY L<br>11767 KATY FREEWAY #820<br>HOUSTON, TX  77079 | 2,858.26 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM: |

PAGE  1 - CHAPTER 13 CASE NO.  07-35770-H5-13

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NORTH FOREST ISD<br>P O BOX 23278<br>ATTN PAYROLL DEPT<br>HOUSTON, TX  77228-3278 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0017<br>COMM:  CL WD IAO $1964.61 (filed in HC cl |
| NORTH FOREST ISD<br>P O BOX 23278<br>ATTN PAYROLL DEPT<br>HOUSTON, TX  77228-3278 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0005<br>COMM:  7958 Earhart/Filed in HC clm #9 |
| NORTH FOREST ISD<br>P O BOX 23278<br>ATTN PAYROLL DEPT<br>HOUSTON, TX  77228-3278 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0091<br>COMM:  CLM WD IAO $4363.31 (clm filed in |
| TIME WARNER COMMUNICATIONS<br>PO BOX 630312<br>DALLAS, TX  75265 | 337.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9816<br>COMM: |
| TOTAL: | $25,462.16 | |

The undersigned Trustee has commenced making distributions on the foregoing claims in accordance with the provisions of the plan and the Local Rules and Procedures for Administration of Chapter 13 Bankruptcy Cases.

/s/  William E. Heitkamp
_____
William E. Heitkamp
CHAPTER 13 TRUSTEE
ADMISSIONS ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 06/16/2009. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


Electronically signed by
William E. Heitkamp, Chapter 13 Trustee
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200